IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States Fidelity and
Guaranty Company

    Plaintiff(s)

    vs.

Alexander Constructors, Inc.

    Defendant(s)

\* \* \* \* \* \*

Case No.: MJG 02 CV 1947

$50.00 #116420
✓ FEE PAID
___ FEE NOT PAID (SEND LETTER)

## MOTION FOR ADMISSION *PRO HAC VICE*

I, J. Brian Cashmere, am a member in good standing of the bar of this Court. My bar number is ~~42651~~ 14170. I am moving the admission of

James Morgan Phelps to appear *pro hac vice* in this case as

counsel for United States Fidelity and Guaranty Company.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Virginia Supreme Court | October 30, 2000 |
| U.S. Court of Appeals | April 5, 2001 |
| | |
| | |
| | |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court _____ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice          Page 1 of 2

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.     The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.     The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.     Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.     **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT  
_____  
Signature

J. Brian Cashmere  
Printed Name  
Watt, Tieder, Hoffar and  
  Fitzgerald, LLP  
Firm  
7929 Westpark Drive, McLean, VA  
                            22102  
Address

(703) 749-1000  
Telephone Number

(703) 893-8029  
Fax Number

PROPOSED ADMITTEE  
_____  
Signature

James M. Phelps  
Printed Name  
Watt, Tieder, Hoffar and  
  Fitzgerald, LLP  
Firm  
7929 Westpark Drive, McLean, VA   22102  
Address

(703) 749-1000  
Telephone Number

(703) 893-8029  
Fax Number

********************************************************************

## ORDER

☒ GRANTED        ☐ DENIED

_June 15, 2002_                    _____  
Date                                United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the forgoing Motion for Admission Pro Hac Vice were served, via regular mail, this 12th day of June 2002, upon the following:

> Scott D. Cessar, Esq.
> Eckert, Seamans, Cherin & Mellott, LLC
> 600 Grant Street, 44th Floor
> Pittsburgh, PA  15219
> (412) 566-2581
> (412) 566-6099 (fax)
> Counsel for Alexander Constructors, Inc.

_____
Morgan Phelps