ORIGINAL

$50 FEE PAID
#118/03/8
FEE NOT PAID
(SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. MJG-02-CV-1947 |
| v. | ) ) | |
| ALEXANDER CONSTRUCTORS, INC., | ) ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, George J. Wallace, am a member in good standing of the bar of this Court. My bar number is 07622. I am moving the admission of Scott D. Cessar to appear *pro hac vice* in this case as counsel for Defendant.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Pennsylvania Supreme Court | 1987 |
| U.S. Third Circuit Court of Appeals | 1987 |
| U.S. District Court for the Western District of Pennsylvania | 1987 |

2. During the 12 months immediately preceding this motion, the proposed admittee has not been admitted *pro hac vice* in this Court.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court and understands he shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6.  The undersigned movant, who is also a member of the bar of this Court in good standing, will serve as co-counsel in these proceedings.

7.  The $50.00 fee for admission *pro hac vice* is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| George J. Wallace | Scott D. Cessar |
| Maryland Bar No. 07622 | Pa. Bar No. 49639 |
| ECKERT SEAMANS CHERIN & MELLOTT, LLC | ECKERT SEAMANS CHERIN & MELLOTT, LLC |
| 1250 24th Street, N.W. | 600 Grant Street |
| Seventh Floor | 44th Floor |
| Washington, DC 20037-1124 | Pittsburgh, PA 15219 |
| (202) 659-6600 | (412) 566-2581 |
| (202) 659-6699 (fax) | (412) 566-6099 (fax) |

Prid 288639
Plid 78698

*************************************************************************

## ORDER

☒ GRANTED   ☐ DENIED

Date: June 27, 2002

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Admission *Pro Hac Vice* was served upon the following counsel of record by first-class United States mail this 17 day of June, 2002:

J. Brian Cashmere, Esq.
Watt, Tieder, Hoffar and Fitzgerald, LLP
7929 Westpark Drive
McLean, VA 22102
*Counsel for United States Fidelity and Guaranty Company*

_____
George J. Wallace