# WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
ATTORNEYS AT LAW

7929 Westpark Drive
Suite 400
McLean, Virginia 22102-4224

Telephone: 703-749-1076
Facsimile: 703-893-8029
www.wthf.com

Christopher J. Brasco
cbrasco@wthf.com

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL -8  P 3: 47

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

RECEIVED
IN THE CHAMBERS OF
MARVIN J. GARBIS

JUL 0 8 2002

UNITED STATES DISTRICT COURT

July 2, 2002

**Via Regular Mail**

Hon. Marvin J. Garbis
United States District Court
For the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Re:  United States Fidelity and Guaranty Company v. Alexander Constructors, Inc., Case No. MJG-02-CV-1947

Dear Judge Garbis:

The parties in the above referenced action have consented to a revised briefing schedule regarding the pending motion for preliminary injunction. Specifically, the parties have agreed to extend the time for filing United States Fidelity and Guaranty Company's reply brief from July 8, 2002 to July 12, 2002.

Sincerely,

Watt, Tieder, Hoffar & Fitzgerald, LLP

*Christopher J. Brasco/pk*
Christopher J. Brasco

cc:  Scott D. Cessar, Esq.

Approved this 8th day of July, 2002.

_____
Marvin J. Garbis
United States District Judge

Irvine, California     Washington, D.C.     Florence, Italy     Frankfurt, Germany