FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 AUG -6  P 4:03
CLERK'S OFFICE
AT BALTIMORE
                DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES FIDELITY &      *
GUARANTY COMPANY

           *

    Plaintiff

           *

    vs.           CIVIL ACTION NO. MJG-02-1947

           *

ALEXANDER CONSTRUCTORS, INC.

           *

    Defendant
\*   \*   \*   \*   \*   \*   \*   \*   \*

## JUDGMENT ORDER

By separate Order issued this date, the Court has granted Defendant's Motion to Compel Arbitration.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendant Alexander Constructors, Inc. against Plaintiff United States Fidelity & Guaranty Company dismissing all claims with prejudice with costs.

2. The parties shall proceed diligently with pending arbitration proceedings.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure

SO ORDERED this 6th day of August, 2002.

              _____
              Marvin J. Garbis
              United States District Judge